# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **WILLIAM ABRAHAM HUBBARD,** | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 3:99-cr-18 (HL) |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent. | : | |

_____

## ORDER

The Recommendation of the United States Magistrate Judge (Doc. # 325) filed July 25, 2005, has been read and considered. The Recommendation is hereby accepted and made the Order of the Court, with one alteration. The motion (Doc. # 323) filed by the petitioner, William Abraham Hubbard ("Hubbard"), shall be *dismissed* as a second and successive petition, rather than *denied*. The objection to the Recommendation (Doc. # 326), filed by Hubbard on August 8, 2005, has also been thoroughly read and considered and is found to be without merit.

SO ORDERED, this the 5th day of December, 2005.

s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

pdl