# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| WILLIAM ABRAHAM HUBBARD, | * | |
| Petitioner, | * | CASE NO. 3:O3-CV-26 (HL) |
| | | 28 U.S.C. § 2255 |
| VS. | * | |
| | | CASE NO. 3:99-CR-18 (HL) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## ORDER DENYING COA

Before the Court are Petitioner William Abraham Hubbard's Motion for Certificate of Appealability (Doc. # 335) and his Request to Proceed On Appeal *In Forma Pauperis* (Doc. # 336). Petitioner Hubbard filed a first § 2255 Motion To Vacate, Set Aside, or Correct his Sentence (Doc. # 301) on March 18, 2003, and it was subsequently denied in January 2004 (Doc. # 316). Next, Hubbard filed a COA (Doc. # 320), which was denied by both this Court (Doc. # 321) and the Eleventh Circuit Court of Appeals (Doc. # 322).

Then, on July 15, 2005, Hubbard filed a Motion For Relief From Judgment (Doc. # 323), submitting "this motion pursuant to Federal Rule of Civil Procedure 60(b), and in light of the recent Supreme Court decisions in Gonzalez v. Crosby, No. 04-6432 (Decided June 23, 2005) and Blakely v. Washington, 542 U.S. ___ (2004)." (Id. at 1.) Petitioner Hubbard obtained no authorization from the Eleventh Circuit Court of Appeals before attempting to proceed with this Motion. Thereafter, this Court found Hubbard had violated the Gonzalez ruling, inasmuch as he was seeking substantive relief regarding his sentence, and that his Motion could not be distinguished from a second or successive § 2255 Motion, and dismissed his petition (Doc. # 331).

Under section 2253(c), a COA may issue only if the applicant has made a substantial

showing of the denial of a constitutional right.  This Court finds that Petitioner Hubbard has not made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).  Accordingly, the application for a COA is **DENIED.**  Petitioner's Motion to Proceed *In Forma Pauperis* is also **DENIED AS MOOT.**

     **SO ORDERED,** this 15th day of February 2006.

                                                **s/   Hugh Lawson**
                                                **HUGH LAWSON, JUDGE**
                                                **UNITED STATES DISTRICT JUDGE**